UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-835 AG (MLGx) | Date | June 28, 2010 |
|---|---|---|---|
| Title | BODE, et al. v. CITY OF FULLERTON, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE REMAND TO STATE COURT**

On June 11, 2010, this action was removed to this Court under 28 U.S.C. § 1441 and 1446. Removal was improper if the action was not removed within thirty days of the date the first defendant to be served was served with "a copy of the initial pleading setting forth the claim for relief." 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48, 119 S. Ct. 1322, 1325-26, 143 L. Ed. 2d 448 (1999); *Ford v. New United Motors Mfg., Inc.*, 857 F. Supp. 707, 709 (N.D. Cal. 1994). The Court is unable to determine the date of service from Defendant's removal papers. Accordingly, the Court orders Defendant to show cause in writing by July 19, 2010, why this action should not be remanded. Plaintiff may submit a response by June 26, 2010. This matter is set for hearing on August 2, 2010, at 10:00 a.m.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |