# EXHIBIT "B"
## I.A./D.A. (Bode/Nastasi v. Fullerton)
## List of Dockets

| | |
|---|---|
| 102 Fuji - Photographs (folder) | |
| acm Audio (folder) | Privileged and Confidential |
| CH 12945-2115 (folder) | |
| Copy of 102_FUJI (duplicate folder) | |
| Rincon folder | Privileged and Confidential |
| Sally Port video (folder) | |
| Wren Folder | Privileged and Confidential |
| AVL printout 0124 Rincon | |
| AVL printout 0130 Rincon | |
| Bode (IA) | Privileged and Confidential |
| Bode-2 (IA) | Privileged and Confidential |
| Bode - Phone call log Bode to Wells 111508 | |
| Bode Radio Traffic 08-91913 | |
| Bode Radio Traffic Screen Shot | |
| Bode Radio Traffic Screen Shot 2 | |
| Bode Screen shot units parked | |
| Bode Shift Assignments | |
| Bode Transcript Interview of Bode - Chlebowski 111508 | |
| Bode Transcript Rincon DAR 13351363 | |
| Disposition | Privileged and Confidential |
| Forensic reports | Privileged and Confidential |

| FULLERTON POLICE LETTER | |
|---|---|
| Interview Rodriguez 06130114 | Privileged and Confidential |
| Interview Song 5-9-09 1823 06130180 | Privileged and Confidential |
| Interview Tavianini 06130064 | Privileged and Confidential |
| Interview Cecilia Tomp 12_9_08 | Privileged and Confidential |
| Interview Fullerton Cadet Michael Greene | Privileged and Confidential |
| Interview Fullerton Cadet Michael Greene - McLean | Privileged and Confidential |
| Interview Fullerton Jailer Wayne Walker | Privileged and Confidential |
| Interview Fullerton Jailer Wayne Walker - McLean | Privileged and Confidential |
| Interview Fullerton Officer Alan Valdiserri | Privileged and Confidential |
| Interview Fullerton Officer Alan Valdiserri | Privileged and Confidential |
| Interview Fullerton Officer Christopher Wren | Privileged and Confidential |
| Interview Fullerton Officer Christopher Wren | Privileged and Confidential |
| Interview Fullerton Officer Eric Song | Privileged and Confidential |
| Interview Fullerton Officer Eric Song | Privileged and Confidential |
| Interview Fullerton Officer Joshua Ernest | Privileged and Confidential |
| Interview Fullerton Officer Joshua Ernest | Privileged and Confidential |
| Interview Fullerton Officer Kenneth Edgar | Privileged and Confidential |
| Interview Fullerton Officer Kenneth Edgar | Privileged and Confidential |
| Interview Fullerton Officer Pedram Gharah | Privileged and Confidential |
| Interview Fullerton Officer Pedram Gharah | Privileged and Confidential |
| Interview Fullerton Officer Randy Ellison | Privileged and Confidential |
| Interview Fullerton Officer Randy Ellison | Privileged and Confidential |
| Interview Fullerton Officer Timothy Petropulos | Privileged and Confidential |

| | |
|---|---|
| Interview Fullerton Officer Timothy Petropulos | Privileged and Confidential |
| Interview Fullerton Officer William Jonathan Miller | Privileged and Confidential |
| Interview Fullerton Officer William Jonathan Miller | Privileged and Confidential |
| Interview Fullerton Police Jailer Michael Worley | Privileged and Confidential |
| Interview Fullerton Police Jailer Michael Worley | Privileged and Confidential |
| Interview Gina Nastasi - Clanin | |
| Interview JC Cardona | Privileged and Confidential |
| Interview JC Cardona Terhost | Privileged and Confidential |
| Interview Jean Tavianini - phone call - Clanin | Privileged and Confidential |
| Interview Jean Tavianini - Clanin | Privileged and Confidential |
| Interview Jean Tavianini - Clanin | Privileged and Confidential |
| Interview Kandace Bode - McLean | Privileged and Confidential |
| Interview Kari Bode - McLean | Privileged and Confidential |
| Interview Louis Hayes - McLean | Privileged and Confidential |
| Interview Marshal Vigil - Goodman | Privileged and Confidential |
| Interview Marshal Vigil - Goodman | Privileged and Confidential |
| Interview Michael Carver - McLean | Privileged and Confidential |
| Interview Sarah Bechtel - McLean | Privileged and Confidential |
| Interview Sean Refahiat - McLean | Privileged and Confidential |
| Interview William Tomp - McLean | Privileged and Confidential |
| Map close up Raymond - Ash | |
| Map close up Raymond - OT | |

| | |
|---|---|
| Map of Area | |
| Map Raymond - OT | |
| Nastasi | Privileged and Confidential |
| Nastasi - beat sheet | |
| Nastasi - DAR Rincon log | |
| Nastasi - Gina's Text Message | |
| Nastasi - Video synopsis | |
| Phone call log Bode to Wells | |
| Phone call log desk to jail | |
| Phone call log Huppert to jail | |
| Schedule Rincon | Privileged and Confidential |
| Schedule Rincon (2) | Privileged and Confidential |
| Tavianini | Privileged and Confidential |
| Tavianini cii | Privileged and Confidential |
| Tavianini phone call | Privileged and Confidential |
| Tavianini Transcript Rincon DAR | Privileged and Confidential |
| Tavianini - Arrest Report | Privileged and Confidential |
| Tavianini - beat sheet | Privileged and Confidential |
| Tavianini - booking photo | Privileged and Confidential |
| Tavianini - cad print out | Privileged and Confidential |
| Tavianini - DAR Miller | Privileged and Confidential |
| Tavianini - DAR Miller log | Privileged and Confidential |
| Tavianini - DAR Rincon | Privileged and Confidential |
| Tavianini - DAR Rincon log | Privileged and Confidential |
| Tavianini - DAR Wren log | Privileged and Confidential |

| | |
|---|---|
| Tavianini - Green Channel | Privileged and Confidential |
| Tavianini - Green Channel log | Privileged and Confidential |
| Tavianini - Initial Call screen | Privileged and Confidential |
| Tavianini - Initial Phone Call | Privileged and Confidential |
| Tavianini - MCD messages | Privileged and Confidential |
| Tavianini - Overtoom's memo | Privileged and Confidential |
| Tavianini - Phone call from mother to Miller | Privileged and Confidential |
| Tavianini - Phone log Miller-Cathy Tavianini | Privileged and Confidential |
| Tavianini - Phone log Tavianini | Privileged and Confidential |