1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 KARI BODE and GINA NASTASI,<br>12<br>13 Plaintiffs,<br>14 v.<br>15 CITY OF FULLERTON, OFFICER<br>16 ALBERT RINCON, OFFICER<br>CHRISTOPHER WREN, and DOES 1<br>17 TO 100, Inclusive,<br>18 Defendants.<br>19 | Case No.: SACV 10-0835-AG (MLGx)<br>Judge: Hon. Andrew J. Guilford<br>Dept.: Courtroom 10D<br><br>**[PROPOSED] ORDER RE: EX PARTE APPLICATION TO STRIKE UNTIMELY MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: December 17, 2009<br>Trial: November 8, 2011 |

20
21  ///
22  ///
23  ///
24
25
26
27
28

{00075525 }                                                                                         - 1 -
CASE NO. SACV 10-0835-AG (MLGx)

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

3  The Court having read and considered all filings and arguments in connection with Plaintiffs' Ex Parte Application to Strike The Untimely Motion For Summary Judgment filed by Defendant City of Fullerton, hereby rules as follows:

7  _____. Plaintiff's *Ex Parte* Application is GRANTED.  Defendants' Motion for Summary Judgment [Docket No. 20], was not timely filed.   It is stricken and taken off calendar on that basis.

11  _____. Plaintiff's *Ex Parte* Application is DENIED.

13 **IT IS SO ORDERED.**

DATE: September \_\_, 2011   _____
                                          Hon. Andrew J. Guilford
                                          UNITED STATES DISTRICT COURT JUDGE

{00075525 }                                                                                                              - 2 -
CASE NO. SACV 10-0835-AG (MLGx)