John H. Upton (SBN 137169) (jupton@mulaw.com)
Leah Berry (SBN 196505)
MOREY & UPTON, LLP
611 Anton Boulevard, Suite 800
Costa Mesa, CA 92626
 (714) 432-9555; (714) 432-9555 FAX

Douglas A. Linde (SBN 217584) (dal@lindelaw.net)
Erica L Allen (SBN 234922)
AREN KAVCIOGLU (SBN 221992)
THE LINDE LAW FIRM
9000 Sunset Blvd Suite 1025
Los Angeles, CA 90069
(310) 203-9333; (310) 203-9233 FAX

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARI BODE and GINA NASTASI,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FULLERTON, OFFICER ALBERT RINCON, OFFICER CHRISTOPHER WREN, and DOES 1 TO 100, Inclusive,<br><br>Defendants. | Case No.: SACV 10-0835-AG (MLGx)<br>Judge: Hon. Andrew J. Guilford<br>Dept.: Courtroom 10D<br><br>**NOTICE OF WITHDRAWL OF EX-PARTE APPLICATION**<br><br>Complaint Filed: December 17, 2009<br>Trial: November 8, 2011 |

///

///

- 1 -

CASE NO. SACV 10-0835-AG (MLGx)

1  Plaintiff hereby withdraws its Ex Parte Application to Strike Defendant's

Motion for Summary Judgment Docket No. 21 filed on August 31, 2011.

DATED: September 1, 2011     MOREY & UPTON, LLP
                             THE LINDE LAW FIRM


                             _/s Douglas A. Linde_____
                             JOHN H. UPTON
                             DOUGLAS A. LINDE
                             ERICA L. ALLEN
                             AREN KAVCIOGLU
                             Attorneys for Plaintiffs

- 2 -

CASE NO. SACV 10-0835-AG (MLGx)